BYERS et al v. MENU FOODS INCOME FUND et al — Doc. 2
Case 1:07-cv-01747-NLH-AMD    Document 2    Filed 04/18/2007    Page 1 of 6
Case 1:33-av-00001    Document 852-4    Filed 04/13/2007    Page 1 of 2

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of New Jersey

LOREN & KAY BYERS, Individually and on
Behalf of All Other Persons Similarly Situated,

**SUMMONS IN A CIVIL ACTION**

V.

MENU FOODS INCOME FUND et al

CASE NUMBER: 07CV 1747 (NLH)

TO: (Name and address of Defendant)

Menu Foods Income Fund
8 Falconer Drive
Streetsville, ON L5N 1B1

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth R. Lesser, Esq.
LOCKS LAW FIRM LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 663-8200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                                      4/18/07

CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LOREN & KAY BYERS, Individually and on
Behalf of All Other Persons Similarly Situated,

V.

MENU FOODS INCOME FUND et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv 1747 (NLH)

TO: (Name and address of Defendant)

Menu Foods, Inc.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth R. Lesser, Esq.
LOCKS LAW FIRM LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 663-8200

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                                         4/18/07

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     New Jersey

LOREN & KAY BYERS, Individually and on
Behalf of All Other Persons Similarly Situated,

**SUMMONS IN A CIVIL ACTION**

V.

MENU FOODS INCOME FUND et al

CASE NUMBER: 07CV 1747(NLH)

TO: (Name and address of Defendant)

Menu Foods Midwest Corporation
P.O. Box 1046
1400 East Logan Avenue
Emporia, Kansas 66801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth R. Lesser, Esq.
LOCKS LAW FIRM LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 663-8200

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**             4/18/07

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LOREN & KAY BYERS, Individually and on
Behalf of All Other Persons Similarly Situated,

**SUMMONS IN A CIVIL ACTION**

V.

MENU FOODS INCOME FUND et al

CASE NUMBER: 07CV 1747 (NLH)

TO: (Name and address of Defendant)

Menu Foods Limited
8 Falconer Drive
Mississauga, ON L5N 1B1

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth R. Lesser, Esq.
LOCKS LAW FIRM LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 663-8200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                          4/18/07

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LOREN & KAY BYERS, Individually and on
Behalf of All Other Persons Similarly Situated,

**SUMMONS IN A CIVIL ACTION**

V.

MENU FOODS INCOME FUND et al

CASE NUMBER: 07cv 1747 (NLH)

TO: (Name and address of Defendant)

Menu Foods Operating Limited Partnership

(Address to be provided)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth R. Lesser, Esq.
LOCKS LAW FIRM LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 663-8200

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                                                           4/18/07

CLERK                                                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LOREN & KAY BYERS, Individually and on
Behalf of All Other Persons Similarly Situated,

V.

MENU FOODS INCOME FUND et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV1747(NLH)

TO: (Name and address of Defendant)

Menu Foods South Dakota Corp.

(Address to be provided)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth R. Lesser, Esq.
LOCKS LAW FIRM LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 663-8200

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                    4/18/07

CLERK                                    DATE

(By) DEPUTY CLERK