Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Income Fund, Menu Foods, Inc.,
Menu Foods Midwest Corporation, Menu
Foods Limited, Menu Foods Operating Limited
Partnership and Menu Foods South Dakota Corp.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOREN and KAY BYERS, and CAMILLA BRANKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS MIDWEST CORP., a Delaware corporation, MENU FOODS LIMITED, MENU FOODS OPERATING LIMITED PARTNERSHIP, and MENU FOODS SOUTH DAKOTA CORP., and DOES 1-50,<br><br>Defendants | Civil Action No.: 07-cv-01747 (NLH) (AMD)<br><br>NOTICE OF APPEARANCE |

Hill Wallack LLP hereby enters its appearance as counsel for the defendants, Menu

Foods, Inc., in the above-captioned matter, which has been stayed per the Order of Judge Noel L.

Hillman dated May 2, 2007.

                                  HILL WALLACK LLP
                                  Attorneys for Defendants

                        BY: _____/s/ Gerard H. Hanson_____
                                  Gerard H. Hanson
                                  ghh@hillwallack.com

Dated: May   , 2007

{F:\wdox\docs\014210\00001\01571940.DOC; 1}